UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00155 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| GAMMION MCCLOUD | MAGISTRATE JUDGE KAY |

## JUDGMENT

The Report and Recommendation [Record Document 40] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Gammion McCloud, and adjudges him **GUILTY** of the offenses charged in Count One and Count Two of the Indictment against him.

**THUS DONE AND SIGNED** in chambers on this ___ day of March, 2017.

Elizabeth Erny Foote
United States District Judge